C. Andrew Campbell
Campbell@Campbell-Law-AZ.com
Campbell Law, P.C.
1839 South Alma School Road, Suite 275
Mesa, Arizona 85210
(480) 838-9000 Telephone
(480) 838-9302 Facsimile

Attorneys for Defendant
PROGRESSIVE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DENISE ORTIZ, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:13-CV-01866-MHB<br><br>**NOTICE OF SERVICE OF OFFER OF JUDGMENT** |

Please take notice that Defendant PROGRESSIVE FINANCIAL SERVICES, INC., by and through counsel undersigned did this day serve upon plaintiff an Offer of Judgment by placing the original of the same in the United States, postage prepaid, addressed as follows:

　David J. McGlothin
　Hyde & Swigart
　2633 E. Indian School Road, Suite 460
　Phoenix, Arizona 85016
　Attorneys for Plaintiff

{00011105.DOC;1}　　　　　　　1
07651.20

CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:13-CV-01866-MHB

1
2  DATED: November 12, 2013         CAMPBELL LAW, P.C.
3
4                                   By:    s/C. Andrew Campbell
                                           C. Andrew Campbell
5                                          Attorneys for Defendant
                                           PROGRESSIVE FINANCIAL
6                                          SERVICES, INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28